JD:MEF
F. #2019R00620

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 21 2019 ★
BROOKLYN OFFICE

CR 19-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GARAUFIS, J.

REYES, M.J.

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA

— against —

DASHAUN PETTIFORD,

   Defendant.

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2),
924(d)(1) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

- - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

### FELON IN POSSESSION OF A FIREARM

1.  On or about April 14, 2019, within the Eastern District of New York, the defendant DASHAUN PETTIFORD, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possessed in and affecting commerce a firearm, to wit: a .22 caliber Jimenez Arms pistol, bearing serial number 1236101, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

2.  The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violations of Title 18, United States Code, Section 922 or Section 924,

including but not limited to one .22 caliber Jimenez Arms pistol, bearing serial number 1236101, and ammunition recovered from the defendant in Brooklyn, New York, on or about April 14, 2019.

       3.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant United States Attorney

F. # 2019R00620

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*DASHAUN PETTIFORD,*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2), 924(d)(1) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____ *Jennifer Myrie* _____

Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____

Clerk

*Bail,* $ _____

*Megan E. Farrell, Assistant U.S. Attorney (718) 254-6448*